NOVEMBER 29, 2000

No. 00–836.  BUSH v. PALM BEACH COUNTY CANVASSING BOARD ET AL.  Sup. Ct. Fla.  [Certiorari granted, *ante*, p. 1004.] Motion of respondents Katherine Harris et al. for divided argument granted.  Motion of respondent Robert A. Butterworth, Attorney General of Florida, for divided argument granted.  Motion of James J. Clancy for leave to file a brief as *amicus curiae* denied.

DECEMBER 4, 2000

No. 00–345.  TURNBULL v. UNITED STATES.  C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–5738.  JACKSON v. UNITED STATES.  C. A. 10th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–5992.  PATTERSON ET AL. v. UNITED STATES.  C. A. 7th Cir.  Motion of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari as to Andrew Patterson, Henry Patterson, Andrew L. Patterson, Tyrone Williams, Maurice Foster, and Odell Sumrell granted.  Judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).  Certiorari as to Durwin Baker, Terry Clark, Willie Connor, Gregory Hubbard, Jerry Patterson, Lennell Patterson, Andre Williams, and Edgar Williams denied.

No. 00–6419.  WHITEHEAD v. PARAMOUNT PICTURES CORP. ET AL.  C. A. D. C. Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. D–2179.  IN RE DISBARMENT OF LEE.  Disbarment entered.  [For earlier order herein, see 530 U. S. 1288.]